CARLIE CHRISTENSEN, Acting United States Attorney (#633)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
185 South State Street, Suite #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: andrea.martinez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW MICHAEL PETERSON, Defendant. | INDICTMENT VIO. 18 U.S.C. § 2422(b), Enticement of a Minor For Illegal Sexual Activity. Case: 2:14-cr-00505 Assigned To : Shelby, Robert J. Assign. Date : 10/1/2014 Description: USA v. |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 2422(b)
(Enticement of a Minor For Illegal Sexual Activity)

On or about and between July 1, 2014, and July 23, 2014, in the Central Division of the District of Utah and elsewhere,

MATTHEW MICHAEL PETERSON,

defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C § 2422(b).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense alleged in Count I of this Indictment, which is punishable by imprisonment for more than one year, the above-named defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2428 any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said felony offenses and any and all property, real and personal, used or intended to be used in any manner or part to commit and to facilitate the commission of a violation of 18 U.S.C. § 2422(b) and any property traceable thereto, including but not limited to:

- Google nexus tablet
- Kyocera Sprint cell phone
- custom computer tower (Cooler Master case)
- Iomega external hard drive
- Western Digital hard drive
- blue thumb drive
- silver thumb drive

/S/
FOREPERSON OF GRAND JURY

CARLIE CHRISTENSEN
Acting United States Attorney

ANDREA T. MARTINEZ
Assistant United States Attorney