

December 11, 2014

Magistrate Judge Paul M. Warner
United States District Court, District of Utah
351 South West Temple, Rm. 1.400
Salt Lake City, UT 84101

Dear Judge Warner,

I am writing to you regarding Mr. Matthew Peterson. I am a Licensed Clinical Social Worker (LCSW) and a Certified Sexual Addiction Therapist (CSAT) Candidate. I specialize in treating individuals who struggle with pornography and sexual addiction.

I have been working personally with Matthew Peterson since August 18, 2014. Since beginning treatment Mr. Peterson has been consistently attending individual therapy sessions. The only exception was the 4-week period in October 2014 when he was at the Davis County Jail. Since his release on October 30, 2014 he has been meeting weekly with me, and also attending group therapy sessions at the Addo Clinic in Lindon, Utah.

In Matthew's therapy he is working Addo Recovery's Addiction recovery program. He is establishing structure and support. He is building a solid foundation for recovery. As he continues to diligently work his recovery I am confident of his success.

There has never been any indication during counseling sessions that Matt has or has ever had an attraction to pre-pubescent children and/or infants. I don't believe that Matthew poses a threat to his daughter.

Based on my experience with Matt I believe that reunification with his wife will be a helpful step in his therapy.

Sincerely,

*Brannon Patrick LCSW CSAT-C*

Brannon Patrick, LCSW CSAT-C

Director of Group Development Addo Recovery