CARLIE CHRISTENSEN, Acting United States Attorney (#633)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 325-1406
Facsimile: (801) 524-6924
Email: andrea.martinez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. MATTHEW MICHAEL PETERSON, Defendant. | Case No.  2:14-CR-00505 RJS<br><br>UNITED STATES' OBJECTION TO DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS<br><br>Magistrate Judge Paul M. Warner |
|---|---|

The United States, by and through the undersigned Assistant United States Attorney, hereby objects to Defendant's motion for modification of release conditions.

Mr. Peterson moved the Court to modify his conditions of release to allow him to reside with his wife and toddler daughter.  The defendant submitted a letter in support of the modification from his therapist.  However, the United States is not certain to what extent if any his therapy addresses defendant's intent to have sexual relations with minors.   No evidence has been provided to address such concerns.  The United States

objects to defendant having unsupervised contact with his toddler daughter. Therefore, the United States requests defendant's motion for modification of release conditions be denied.

RESPECTFULLY SUBMITTED this 13th day of January, 2015.

CARLIE CHRISTENSEN
Acting United States Attorney

/s/ Andrea T. Martinez
ANDREA T. MARTINEZ
Assistant United States Attorney