JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: andrea.martinez@usdoj.gov

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 02 2016
D. MARK JONES, CLERK
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MATTHEW MICHAEL PETERSON Defendant. | Case No. 2:14-CR-00505 RJS FELONY INFORMATION VIO: 18 U.S.C. § 1462, Importation or Transportation of Obscene Matters. Judge Robert J. Shelby |

The United States Attorney charges:

### COUNT I
18 U.S.C. §1462
(Importation or Transportation of Obscene Matters.)

On or about and between July 1, 2014 and July 23, 2014, in the Central Division of the District of Utah and elsewhere,

MATTHEW MICHAEL PETERSON,

the defendant herein, knowingly used an interactive computer service for carriage in interstate commerce, obscene, lewd writing or other indecent materials, that is chats and email messages, all in violation of Title 18 U.S.C. § 1462, and attempted to do so.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 1467, upon conviction of a violation of 18 U.S.C. §1462 as alleged in Count I of this Information, the above-named defendant shall forfeit to the United States his interest in (i) any property, real or personal, used or intended to be used to commit or promote the commission of such violation; and (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense. The property to be forfeited includes, but is not limited to, the following:

- Google nexus tablet with gray cover, serial no. none;
- Kyocera Sprint cell phone gray in color, serial no. none;
- Custom computer tower (Cooler Master case) black in color; serial no. none;
- Iomega external hard drive, serial no. 6EA1180D39;
- Western Digital hard drive, serial no. WMAP41762123;
- Thumb drive, Blue;
- Thumb drive, Silver

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §853(p), as incorporated by 18 U.S.C. §1467.

JOHN W. HUBER
United States Attorney

/s/ Andrea T. Martinez
ANDREA T. MARTINEZ
Assistant United States Attorney