JOHN W. HUBER, United States Attorney (#7226)
ANDREA T. MARTINEZ, Assistant United States Attorney (#9313)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
JUN 02 2016
D. MARK JONES, CLERK
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00505 RJS |
| Plaintiff, | |
| vs. | WAIVER OF INDICTMENT |
| MATTHEW MICHAEL PETERSON, | Judge Robert J. Shelby |
| Defendant. | Magistrate Judge Dustin B. Pead |

I, Matthew Michael Peterson, the above-named defendant, being accused in an Information of a violation of Title 18, United States Code Section 1462, Importation or Transportation of Obscene Matters, being advised of the nature of the charge, the proposed Information, and of my rights, especially my right to require the United States to obtain an Indictment from the Grand Jury before proceeding against me, hereby waive in open court prosecution by Indictment on the charge in the Information and consent that the proceeding on that charge may be by Information rather than Indictment.

DATED this ___2___ day of June, 2016

_____
MATTHEW MICHAEL PETERSON
Defendant


Waiver of Indictment accepted in open court and ordered this ___2___ day of June, 2016.

BY THE COURT:

_____
DUSTIN B. PEAD
United States Magistrate Judge